to delinquent tax-payers, under Act No. 195, Laws of 1889, and for moneys paid the register of deeds for services in his office to ascertain the names of said owners.

Denied December 24, 1890.

Held, that there is no provision of law entitling the clerk to such fees, nor is he required to make such searches; that the claim is not one which the respondent board can be compelled to audit and allow, although upon a proper showing the board may be required to act under Sec. 100 of said law, which provides that county officers shall be paid for services under this Act by salary or otherwise, as the board of supervisors shall determine.

1543  ROULO vs. BOARD OF AUDITORS (Wayne), 74 M., 129.

To compel respondent to allow to relator his statutory fees for reporting mortgages to the assessing officers, under Act No. 262, Laws of 1887. It being claimed that Act No. 321, Local Acts of 1879, providing for the compensation of certain officers of Wayne County, covered such services.

Granted February 15, 1889.

1544  HITCHCOCK vs. BLACKMAN (County Treasurer, Van Buren), 47 M., 146.

To compel payment of a sum claimed to be due relator as stenographer for the Circuit Court of that county.

Denied October 26, 1881.

Relator was appointed when the circuit was composed of Kalamazoo, Allegan and Van Buren counties, but afterwards Allegan was detached and the board of supervisors of Van Buren declined to pay its proportion of the salary which had been previously paid, but fixed the amount which should be paid by that county.

Held, that under the Act of 1871 the board was authorized to so fix the amount that should be paid for the service.